## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLA JONES,** | : CIVIL ACTION |
| **Plaintiff** | : |
| | : |
| **v.** | : |
| | : |
| **LINCOLN NATIONAL** | : |
| **LIFE INSURANCE COMPANY,** | : |
| **Defendant** | : |

## <u>COMPLAINT</u>

1.  Plaintiff is Carla Jones an adult individual residing in Carlisle, Pennsylvania.

2.  Defendant, Lincoln National Life Insurance Company is a short term disability insurance company with offices in Omaha, Nebraska.

3.  The Plaintiff was employed by Fry Communications as a Mail Specialist in Pennsylvania.  As part of her employee benefit package, the Plaintiff had short term disability insurance available from the Defendant's insurance company as evidenced by the policy language attached hereto as Exhibit 1 and incorporated by reference.

4.  The Plaintiff was granted FMLA for twelve weeks beginning March 27, 2018.  She was diagnosed with spinal stenosis on June 21, 2018 in

a medical report from Plaintiff's treating physician, Dr. Ted

Kosenske, attached hereto as Exhibit 2.

5.    The Plaintiff did apply for and was granted Social Security Disability

benefits.

6.    Plaintiff has provided reports to Defendant in regard to her multiple

medical impairments and treatment.

7.    Despite Dr. Kosenske's opinion that the Plaintiff continues to be

disabled from a physical standpoint, the Defendant has determined

that Plaintiff was not entitled to short term disability benefits as of

March 28, 2018 because she was not totally disabled from the main

duties of her occupation.

8.    Plaintiff filed an appeal on July 2, 2018 requesting reconsideration of

Defendant's denial of her claim for short term disability benefits but

Defendant affirmed its decision to deny Plaintiff's claim.

9.    Plaintiff provided Defendant with letters dated April 8, 2019 and July

15, 2019 from her treating doctor, Dr. Kosenske, supporting her

disability appeal.

10.   The Defendant's failure to grant Plaintiff short term disability benefits

is contrary to the terms and conditions of the policy and insurance

provided by the Defendant.

Wherefore, Plaintiff respectfully demands Judgment in her favor and against the Defendant Lincoln National Life Insurance Company.  Plaintiff requests that she be granted Short Term Disability benefits as set forth in the insurance policy, be paid all past due benefits from March 28, 2018, be reimbursed for any lost medical benefits caused by Defendant's refusal to grant the Plaintiff's short term disability benefits and request that Defendant pay Plaintiff's attorney fees and such other relief as is deemed just and equitable.

Respectfully Submitted,

/s/Stephen J. Hogg, Esquire
Attorney for Plaintiff
Attorney ID#  36812
19 S. Hanover Street, Ste. 101
Carlisle, PA  17013
(717)  245-2698

EXHIBIT 1

AMENDMENT NO. 3

TO BE ATTACHED TO AND MADE PART OF GROUP POLICY NO.: 000010199694

ISSUED TO:  Fry Publications, Inc.

The Policy anniversary date as shown on policy form GL1101 TP-STD 04 is amended to read:
    Policy anniversaries will be each May 1st; unless shown otherwise on the Premium Rate Schedule inside.

The Premium Rate Schedule that follows the PREMIUMS AND PREMIUM RATES provisions is amended to read:
  $.485 per $10 of weekly benefit

The rate guarantee sentence as shown under the PREMIUM RATE SCHEDULE is amended to read:

The above rates are guaranteed until May 1, 2017, unless an exception listed in the Premium Rate Change section applies.

The effective date of this amendment is January 1, 2017; but only with respect to disabilities incurred on or after that date.  Nothing contained in this amendment shall change any of the terms and conditions of this Policy; except as stated above.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

_____
Officer of the Company

GL1100A AMEND.

AMENDMENT NO. 2

TO BE ATTACHED TO AND MADE PART OF GROUP POLICY NO.: 000010199694

ISSUED TO:  Fry Publications, Inc.

It is agreed that the above policy be replaced with the attached Policy, which is revised and dated January 1, 2015.

The effective date of this amendment is January 1, 2015; but only with respect to losses incurred on or after that date.  Nothing contained in this amendment shall change any of the terms and conditions of this Policy; except as stated above.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Officer of the Company

Accepted by the Group Policyholder this _____ day of _____ 20_____

By _____ Title _____

GL1100A AMEND.



The Lincoln National Life Insurance Company
A Stock Company   Home Office Location: Fort Wayne, Indiana
Group Insurance Service Office: 8801 Indian Hills Drive, Omaha, NE 68114-4066
(800) 423-2765   Online: www.LincolnFinancial.com

Group Policyholder:

Fry Publications, Inc.

In Consideration of the Group Policyholder's application for this Policy and payment of all premiums when due, The Lincoln National Life Insurance Company agrees to make the payments provided in this Policy to the persons entitled to them.

The first premium for this Policy is due on its effective date.  Subsequent premiums are due on February 1, 2015, and on the same day of each month after that.  Policy anniversaries will be each January 1st; unless shown otherwise on the Premium Rate Schedule inside.

The provisions and conditions set forth on the following pages are a part of this Policy, as fully as if recited over the signatures below.

The Lincoln National Life Insurance Company has executed this Policy at its Group Insurance Service Office in Omaha, Nebraska.  The issue date of this Policy is January 1, 2015.

SECRETARY

PRESIDENT

**GROUP INSURANCE POLICY**
No. 000010199694
PROVIDING
WEEKLY DISABILITY INCOME INSURANCE

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

GL1101 TP STD 04

01/01/15

## TABLE OF CONTENTS

Schedule of Insurance.................................................................................................................3

Definitions..................................................................................................................................4

General Provisions...................................................................................................................10

Eligibility and Effective Dates...............................................................................................12

Individual Terminations..........................................................................................................14

Premiums and Premium Rates................................................................................................15

Grace Period............................................................................................................................16

Policy Termination..................................................................................................................16

Claims Procedures for Weekly Disability Income Benefits...................................................17

Weekly Disability Income Insurance......................................................................................20

Vocational Rehabilitation Benefit..........................................................................................25

Rehabilitation Incentive Benefit.............................................................................................26

Family Income Benefit............................................................................................................27

Notice......................................................................................................................................28

Prior Insurance Credit Provision............................................................................................30

GL1101-1

01/01/15

**Fry Publications, Inc.**
**000010199694**
**SCHEDULE OF INSURANCE**

**ELIGIBLE CLASSES**

Class 1          Executives

Class 2          All Other Full-Time Employees

This Policy does not replace or provide benefits required by Workers' Compensation laws or any state disability insurance plan laws.

GL1101-2-STD

01/01/15

**Fry Publications, Inc.**
**000010199694**
**SCHEDULE OF INSURANCE**
**For**
**Class 1 - Executives**

MINIMUM HOURS:     30 hours per week

WAITING PERIOD:     (For date insurance begins, refer to "Effective Date" section)
Six months of continuous Active Work

CONTRIBUTIONS:     Insured Employees are not required to contribute to the cost of the Weekly Disability Income Insurance.

## WEEKLY DISABILITY INCOME INSURANCE

BENEFIT PERCENTAGE:          66 2/3%

MAXIMUM WEEKLY BENEFIT:     $2,000

MINIMUM WEEKLY BENEFIT:     10% of the Weekly Total Disability Benefit

DAY BENEFITS BEGIN:     8th consecutive day of Disability due to Accidental Injury; and
8th consecutive day of Disability due to Sickness.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD:     26 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when an Insured Person retires.

ADDITIONAL FEATURES:

Family Income Benefit:          3 times the Insured Person's last Weekly Benefit payable immediately prior to death.

Rehabilitation Assistance Benefit:     • Rehabilitation Incentive Benefit of 5% of Basic Weekly Earnings
• Vocational Rehabilitation Benefit

GL1101-2-STD

01/01/15

**Fry Publications, Inc.**
**000010199694**
**SCHEDULE OF INSURANCE**
**For**
**Class 2 - All Other Full-Time Employees**

MINIMUM HOURS:   30 hours per week

WAITING PERIOD:   (For date insurance begins, refer to "Effective Date" section)
Six months of continuous Active Work

CONTRIBUTIONS:   Insured Employees are not required to contribute to the cost of the Weekly Disability Income Insurance.

**WEEKLY DISABILITY INCOME INSURANCE**

BENEFIT PERCENTAGE:      66 2/3%

MAXIMUM WEEKLY BENEFIT:      $750

MINIMUM WEEKLY BENEFIT:      10% of the Weekly Total Disability Benefit

DAY BENEFITS BEGIN:      8th consecutive day of Disability due to Accidental Injury; and
8th consecutive day of Disability due to Sickness.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD:      26 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when an Insured Person retires.

ADDITIONAL FEATURES:

Family Income Benefit:      3 times the Insured Person's last Weekly Benefit payable immediately prior to death.

Rehabilitation Assistance Benefit:   • Rehabilitation Incentive Benefit of 5% of Basic Weekly Earnings
• Vocational Rehabilitation Benefit

GL1101-2-STD

01/01/15

## DEFINITIONS

**As used throughout this Policy, the following terms shall have the meanings indicated below. Other parts of this Policy contain definitions specific to those provisions.**

**ACTIVE WORK** or **ACTIVELY AT WORK** means an Employee's performance of all Main Duties of his or her Own Occupation, for the regularly scheduled number of hours, at:
  (1)  the Employer's place of business; or
  (2)  any other business location where the Employer requires the Employee to travel.

Unless disabled on the prior workday or on the day of absence, an Employee will be considered Actively at Work on the following days:
  (1)  a Saturday, Sunday or holiday that is not a scheduled workday;
  (2)  a paid vacation day, or other scheduled or unscheduled non-workday; or
  (3)  a non-medical leave of absence of 12 weeks or less, whether taken with the Employer's prior approval or on an emergency basis.
This includes a Military Leave or an approved Family or Medical Leave that is not due to the Employee's own health condition.

**BASIC WEEKLY EARNINGS** or **PREDISABILITY INCOME** means the Insured Person's average weekly base salary or hourly pay from the Employer before taxes on the Determination Date. The **"Determination Date"** is the last day worked just prior to the date the Disability begins.

It also includes:
  1.   paid commissions averaged over the 36 months just prior to the Determination Date; or over the actual period of employment with the Employer just prior to that date, if shorter.

It does **not** include bonuses, overtime pay, or any other extra compensation. It does **not** include income from a source other than the Employer. It will not exceed the amount shown in the Employer's financial records, the amount for which premium has been paid, or the Maximum Covered Weekly Earnings permitted by this Policy; whichever is less. (Maximum Covered Weekly Earnings equals the Maximum Weekly Benefit divided by the Benefit Percentage shown in the Schedule of Insurance.) Exception: For purposes of determining the Partial Disability Weekly Benefit, Basic Weekly Earnings will not exceed the amount shown in the Employer's financial records.

**COMPANY** means The Lincoln National Life Insurance Company, an Indiana corporation. Its Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

**DAY** or **DATE** means the period of time that begins at 12:01 a.m. and ends at 12:00 midnight, standard time, at the Group Policyholder's place of business. When used with regard to effective dates, it means 12:01 a.m. When used with regard to termination dates, it means 12:00 midnight.

**DISABILITY or DISABLED** means Total Disability or Partial/Residual Disability.

**DISABILITY BENEFIT**, when used with the term Retirement Plan, means a benefit that:
  (1)  is payable under a Retirement Plan due to disability as defined in that plan; and
  (2)  does not reduce the benefits that would have been paid as Retirement Benefits at the normal retirement age under the plan if the disability had not occurred.
If the payment of the benefit does cause such a reduction, the benefit will be deemed a Retirement Benefit as defined in this Policy.

## DEFINITIONS
### (Continued)

**EMPLOYEE or FULL-TIME EMPLOYEE** means a person:

(1)   whose employment with the Employer is the person's main occupation;
(2)   whose employment is for regular wage or salary, on a full-time basis;
(3)   who is regularly scheduled to work at such occupation at least the Minimum Hours shown in the Schedule of Insurance;
(4)   who is a member of an Eligible Class which is eligible for coverage under this Policy;
(5)   who is not a temporary or seasonal employee; and
(6)   who is a citizen of the United States or legally works in the United States.

**EMPLOYER** means the Group Policyholder.  It includes any division, subsidiary or affiliated company named in the Application or Participation Agreement.

**EVIDENCE OF INSURABILITY** means a statement of proof of an Employee's medical history.  The Company uses this to determine his or her acceptance for insurance or an increased amount of insurance.  Such proof will be provided at the Employee's own expense.

**FAMILY OR MEDICAL LEAVE** means an approved leave of absence that:

(1)   is subject to the federal FMLA law (the Family and Medical Leave Act of 1993 and any amendments to it) or a similar state law;
(2)   is taken in accord with the Employer's leave policy and the law which applies; and
(3)   does not exceed the period approved by the Employer and required by that law.

Under the federal FMLA law, such leaves are permitted for up to 12 weeks in a 12-month period as defined by the Employer.  The 12 weeks:

(1)   may consist of consecutive or intermittent work days; or
(2)   may be granted on a part-time equivalency basis.

If an Employee is entitled to a leave under both the federal FMLA law and a similar state law, he or she may elect the more favorable leave (but not both).  If an Employee is on an FMLA leave due to his or her own health condition on the date Policy coverage takes effect, he or she is not considered Actively at Work.

**FULL-TIME**, as it applies to the Partial Disability Benefit, means the average number of hours the Insured Person was regularly scheduled to work, at his or her Own Occupation, during the week just prior to:

(1)   the date Disability begins; or
(2)   the date an approved leave of absence begins, if Disability begins while the Insured Person is continuing coverage during a leave of absence.

**GROUP POLICYHOLDER** means the person, company, trust or other organization as shown on the Title Page of this Policy.

**INJURY** means bodily Injury which results directly from an accident, independently of all other causes.  In determining Weekly Benefits, a Disability will be considered caused by a Sickness if:

(1)   the Disability begins more than 60 days after the Injury; or
(2)   the Injury occurred before the Insured Person's Effective Date under this Policy.

The term "Injury" shall not include any:

(1)   condition to which a Sickness, its natural progression or its treatment is a substantial contributing cause (based upon the preponderance of medical evidence);
(2)   condition caused by emotional stress or trauma; infection (except pyogenic bacterial infection of an Injury); or medical or surgical treatment (except when needed solely for an Injury);
(3)   repetitive trauma condition which results from repetitious, physically traumatic activities that occur over time; or
(4)   pregnancy; except for complications that result from an Injury.

GL1101-3-STD 10 PA

01/01/15

## DEFINITIONS
### (Continued)

**INSURANCE MONTH** or **POLICY MONTH** means that period of time:

(1)   beginning at 12:01 a.m. Standard Time, at the Group Policyholder's place of business on the first day of any calendar month; and

(2)   ending at 12:00 midnight on the last day of the same calendar month.

**INSURED PERSON** means a Person for whom Policy coverage is in effect.

**MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:

(1)   are normally required to perform the Insured Person's Own Occupation; and

(2)   could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation.  It will apply the Act's standards, whether or not:

(1)   the Employer is subject to the Act; or

(2)   the Insured Person has requested such a job accommodation.

An Employer's failure to modify or omit other job tasks does **not** render the Insured Person unable to perform the Main Duties of the job.

Main Duties include those job tasks:

(1)   as described in the U.S. Department of Labor Dictionary of Occupational Titles; and

(2)   as performed in the general labor market and national economy.

Main Duties are **not** limited to those specific job tasks as performed for a certain firm or at a certain work site.

**MEDICALLY APPROPRIATE TREATMENT** means diagnostic services, consultation, care or services that are consistent with the symptoms or diagnosis causing the Insured Person's Disability.  Such treatment must be rendered:

(1)   by a Physician whose license and any specialty are consistent with the disabling condition; and

(2)   according to generally accepted, professionally recognized standards of medical practice.

**MILITARY LEAVE** means a leave of absence that:

(1)   is subject to the federal USERRA law (the Uniformed Services Employment and Reemployment Rights Act of 1994 and any amendments to it);

(2)   is taken in accord with the Employer's leave policy and the federal USERRA law; and

(3)   does not exceed the period required by that law.

**OWN OCCUPATION** or **REGULAR OCCUPATION** means the occupation, trade or profession:

(1)   in which the Insured Person was employed with the Employer prior to Disability; and

(2)   which was his or her main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles.  It includes any work in the same occupation for pay or profit, regardless of:

(1)   whether such work is with the Employer, with some other firm, or on a self-employed basis; or

(2)   whether a suitable opening is currently available with the Employer or in the local labor market.

**PARTIAL DISABILITY** or **PARTIALLY DISABLED** means that, due to an Injury or Sickness, the Insured Person:

(1)   is unable to perform one or more of the Main Duties of his or her Own Occupation, or is unable to perform such duties Full-Time; and

(2)   is engaged in Partial Disability Employment.

GL1101-3-STD 10 PA

01/01/15

## DEFINITIONS
### (Continued)

**PARTIAL DISABILITY EMPLOYMENT** means the Insured Person is working at his or her Own Occupation or any other occupation; however, because of a Partial Disability:

(1) the Insured Person's hours or production is reduced;
(2) one or more Main Duties of the job are reassigned; or
(3) the Insured Person is working in a lower-paid occupation.

During Partial Disability Employment, his or her current earnings:

(1) must be at least 20% of Predisability Income; and
(2) may not exceed the percentage specified in the Partial Disability Benefit section.

**PERSON** means an Employee of the Employer:

(1) who is a member of an Employee class which is eligible for coverage under this Policy; and
(2) who has completed an enrollment form.

**PERSONAL INSURANCE** means the insurance provided by this Policy on Insured Persons.

**PHYSICIAN** means:

(1) a legally qualified medical doctor who is licensed to practice medicine, to prescribe and administer drugs, or to perform surgery; or
(2) any other duly licensed medical practitioner who is deemed by state law to be the same as a legally qualified medical doctor.

The medical doctor or other medical practitioner must be acting within the scope of his or her license. He or she must be qualified to provide Medically Appropriate Treatment for the Insured Person's disabling condition.

Physician does **not** include the Insured Person or a relative of the Insured Person receiving treatment. Relatives include:

(1) the Insured Person's spouse, siblings, parents, children and grandparents; and
(2) his or her spouse's relatives of like degree.

**POLICY** means this group insurance Policy issued by the Company to the Group Policyholder.

**PREDISABILITY INCOME**--See Basic Weekly Earnings definition.

**REGULAR CARE OF A PHYSICIAN** means the Insured Person:

(1) personally visits a Physician, as often as medically required according to standard medical practice to effectively manage and treat his or her disabling condition; and
(2) receives Medically Appropriate Treatment, by a Physician whose license and any specialty are consistent with the disabling condition.

**REGULAR OCCUPATION**--See Own Occupation or Regular Occupation definition.

**RESIDUAL DISABILITY** or **RESIDUALLY DISABLED** means that, due to Sickness or Injury, the Insured Person:

(1) is unable to perform one or more of the Main Duties of his or her Own Occupation, or is unable to perform such duties on a Full-Time Basis (as long as it would normally take to do them); and
(2) is engaged in Residual Disability Employment.

## DEFINITIONS
### (Continued)

**RESIDUAL DISABILITY EMPLOYMENT** means the Insured Person is working at his or her Own Occupation or any other occupation; however, because of a Residual Disability:

   (1)   the Insured Person's hours or production is reduced;
   (2)   one or more Main Duties of the job are reassigned; or
   (3)   the Insured Person is working in a lower-paid occupation.

During Residual Disability Employment, his or her current earnings:

   (1)   must be at least 20% of Predisability Income; and
   (2)   may not exceed the percentage specified in the Residual Disability Benefit section.

**RETIREMENT BENEFIT**, when used with the term Retirement Plan, means a benefit that:

   (1)   is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;
   (2)   does not represent contributions made by an Insured Person (Payments representing Employee contributions are deemed to be received over the Insured Person's expected remaining life, regardless of when they are actually received.); and
   (3)   is payable upon:
      (a)   early or normal retirement; or
      (b)   disability (if the payment does reduce the benefit which would have been paid at the normal retirement age under the plan, if disability had not occurred).

**RETIREMENT PLAN** means a defined benefit or defined contribution plan that:

   (1)   provides Retirement Benefits to Employees; and
   (2)   is not funded wholly by Employee contributions.

The term shall **not** include any 401(k), profit-sharing or thrift plan; informal salary continuance plan; individual retirement account (IRA); tax sheltered annuity (TSA); stock ownership plan; a non-qualified plan of deferred compensation; or that part of any Retirement Plan funded by Employee contributions.

An Employer's Retirement Plan is deemed to include any Retirement Plan:

   (1)   which is part of any federal, state, county, municipal or association retirement system; and
   (2)   for which the Insured Person is eligible as a result of employment with the Employer.

**SICK LEAVE** or **SALARY CONTINUANCE PLAN** means a plan that:

   (1)   is established and maintained by the Employer for the benefit of Employees; and
   (2)   continues payment of all or part of an Insured Person's Predisability Income for a specified period after he or she becomes Disabled.

It does **not** include compensation the Employer pays an Insured Person for work actually performed during a Disability.

**SICKNESS** means illness, pregnancy or disease.

**TOTAL DISABILITY** or **TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform all of the Main Duties of his or her Own Occupation. The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

**WAITING PERIOD** means the period of time an Employee must be employed in an eligible class with the Employer, before he or she becomes eligible to enroll for coverage under this Policy. The period of service must be continuous, except as explained in the Eligibility provision captioned Prior Service Credit Towards Waiting Period.

**WEEKLY BENEFIT** means the amount payable weekly by the Company to the Insured Person who is Totally Disabled or Partially Disabled.

## DEFINITIONS
### (Continued)

**WORKERS' COMPENSATION OR SIMILAR COVERAGE** means coverage under a law that compensates for job related Injury or Sickness.  It includes (but is not limited to):

(1)    coverage under any Workers' Compensation or occupational disease law;

(2)    coverage under the Jones Act; the Longshoreman's and Harbor Worker's Act; the Maritime Doctrine of Maintenance, Wages or Cure; or

(3)    any plan provided in place of one of those plans.

## GENERAL PROVISIONS

**ENTIRE CONTRACT.** The entire contract between the parties shall consist of:
   (1)   this Policy and any amendments to it;
   (2)   the Group Policyholder's application (a copy of which is attached);
   (3)   any Participating Employers' applications or Participation Agreements; and
   (4)   any individual applications of Insured Persons.

In the absence of fraud, all statements made by the Group Policyholder and by Insured Persons are representations and not warranties. No statement made by an Insured Person will be used to contest the coverage provided by this Policy, unless:
   (1)   it is contained in a written statement signed by that Insured Person; and
   (2)   a copy of the statement has been furnished to that Insured Person.

**AUTHORITY TO MAKE OR AMEND CONTRACT.** Only a Company Officer located in the Company's Group Insurance Service Office has the authority to:
   (1)   determine the insurability of a group or any individual within a group;
   (2)   make a contract in the Company's name;
   (3)   amend or waive any provision of this Policy; or
   (4)   extend the time for payment of any premium.
No change in this Policy will be valid, unless it is made in writing and signed by such a Company Officer.

**INCONTESTABILITY.** Except for the non-payment of premiums or fraud, the Company may not contest the validity of this Policy after it has been in force for two years from its date of issue; and as to any Insured Person, after his or her coverage has been in force for two years during his or her lifetime. This clause does not preclude, at any time, the assertion of defenses based upon:
   (1)   this Policy's eligibility requirements, exclusions and limitations; and
   (2)   other Policy provisions unrelated to the validity of coverage.

**RESCISSION.** The Company has the right to rescind any insurance for which Evidence of Insurability was required, if:
   (1)   an Insured Person incurs a claim during the first two years of coverage; and
   (2)   the Company discovers that the Insured Person made a Material Misrepresentation on his or her application.

A **"Material Misrepresentation"** is an incomplete or untrue statement that caused the Company to issue coverage that it would have disapproved, had it known the truth. **"To rescind"** means to cancel insurance back to its effective date. In that event, the Company will refund all premium paid for the rescinded insurance, less any benefits paid for Insured Person's claims. The Company reserves the right to recover any claims paid in excess of such premiums.

**NONPARTICIPATION.** This is a non-participating Policy. It will not share in the divisible surplus of the Company.

**INFORMATION TO BE FURNISHED.** The Group Policyholder and any Participating Employers may be required to furnish any information needed to administer this Policy, including:
   (1)   information about Persons:
      (a)   who become eligible for insurance;
      (b)   whose amounts of coverage change; or
      (c)   whose eligibility or coverage ends;
   (2)   occupational information and other facts that may be needed to manage a claim; and
   (3)   any other information that the Company may reasonably require.
The Company may inspect the Group Policyholder's or any Participating Employer's records that relate to this Policy, at any reasonable time.

GL1101-4-STD

01/01/15

## GENERAL PROVISIONS
### (Continued)

Clerical error by the Group Policyholder or Participating Employer:
(1)  will not void or terminate insurance that otherwise would be in effect;
(2)  will not result in insurance coverage that otherwise would not be in effect; and
(3)  will not continue insurance that otherwise would be terminated.
Once an error is discovered, a fair adjustment in premium will be made.  If a premium adjustment involves the return of unearned premium, the amount of the return will be limited to the 12-month period that precedes the date the Company receives proof such an adjustment should be made.

**MISSTATEMENTS OF FACTS.**  If relevant facts about any Person were misstated:
(1)  a fair adjustment of the premium will be made; and
(2)  the true facts will decide if and in what amount insurance is valid under this Policy.
If an Insured Person's age has been misstated, any benefits shall be in the amount the paid premium would have purchased at the correct age.

**ACTS OF THE POLICYHOLDER.**  In administering this Policy, the Group Policyholder must:
(1)  treat Employees the same in like situations; and
(2)  allow the Company, without inquiry, to rely on its acts.

**GROUP POLICYHOLDER'S AGENCY.**  For all purposes of this Policy, the Group Policyholder acts on its own behalf or as an agent of the Insured Person.  Under no circumstances will the Group Policyholder be deemed the agent of the Company.

**CERTIFICATES.**  The Group Policyholder will be furnished with individual Certificates for delivery to each Insured Person.  These certificates summarize the benefits provided by this Policy.  If there is a conflict between this Policy and the Certificate, this Policy will control.

**CONFORMITY WITH STATE STATUTES.**  If, on its effective date, any provision of this Policy conflicts with any applicable law, the provision will be deemed to conform to the minimum requirements of the law.

**CURRENCY.**  In administering this Policy:
(1)  all Predisability Income will be expressed in U.S. dollars; and
(2)  all premium and benefit amounts must be paid in U.S. dollars.

**WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE.**  This Policy does not replace or provide benefits required by:
(1)  Workers' Compensation laws; or
(2)  any state temporary disability insurance plan laws.

**ASSIGNMENT.**  The rights and benefits under this Policy may not be assigned.

## ELIGIBILITY AND EFFECTIVE DATES

**ELIGIBLE CLASSES.**   The classes of Employees eligible for insurance are shown in the Schedule of Insurance. The Company has the right to review and terminate any or all classes eligible under this Policy, if any class ceases to be covered by this Policy.

**ELIGIBILITY.**   A Person becomes eligible for coverage provided by this Policy on the later of:
(1)   this Policy's date of issue; or
(2)   the date the Waiting Period is completed.

**Prior Service Credit Towards Waiting Period.**   The Waiting Period is shown in the Schedule of Insurance. Prior service in an Eligible Class will apply toward the Waiting Period, when:
(1)   a former Employee is rehired within one year after his or her employment ends; or
(2)   an Employee returns from an approved Family or Medical Leave within:
(a)   the 12-week leave period required by federal law; or
(b)   any longer period required by a similar state law; or
(3)   an Employee returns from a Military Leave within the period required by federal USERRA law.

**EFFECTIVE DATE.** A Person's initial amount of Personal Insurance becomes effective at 12:01 a.m. on the latest of:
(1)   the first day of the Insurance Month coinciding with or next following the date the Person becomes eligible for the coverage;
(2)   the date the Person resumes Active Work, if not Actively at Work on the day he or she becomes eligible;
(3)   the date the Person makes written application for coverage and signs:
(a)   a payroll deduction order, if the Insured Person pays any part of this Policy's premiums; or
(b)   an order to pay premiums from the Person's Flexible Benefits Plan account, if Employer contributions are made through such an account; or
(4)   the date the Company approves the Person's Evidence of Insurability, if required.

Any increased or additional coverage becomes effective at 12:01 a.m. on the latest of:

(1)   the first day of the Insurance Month coinciding with or next following the date on which the Insured Person becomes eligible for the increase, if Actively at Work on that day;
(2)   the date the Insured Person resumes Active Work, if not Actively at Work on the day the increase would otherwise take effect; or
(3)   the date any required Evidence of Insurability is approved by the Company.

Any decrease will take effect on the day of the change, whether or not the Insured Person is Actively at Work.

**Evidence of Insurability**.   Evidence of Insurability satisfactory to the Company must be submitted (at the Employee's expense) when:
(1)   a Person makes written application for coverage (or an increased amount of coverage) more than 31 days after becoming eligible for the coverage; or
(2)   a Person makes written application for coverage after he or she has requested:
(a)   to cancel insurance;
(b)   to stop payroll deductions for the insurance; or
(c)   to stop premium payments from the Flexible Benefits Plan account.

**Effective Date for Change in Eligible Class.**   An Insured Person may become a member of a different Eligible Class.  Coverage under the different Eligible Class will be effective:
(1)   on the first day of the Insurance Month coinciding with or next following the date of the change;
(2)   except as stated in the Effective Date provision for increases or decreases.

GL1101-5-STD

01/01/15

## ELIGIBILITY AND EFFECTIVE DATES
### (Continued)

**REINSTATEMENT RIGHTS.**  If an Insured Person's coverage terminates due to one of the following breaks in service, he or she will be entitled to reinstate the coverage upon resuming Active Work with the Employer within the required timeframe.  **"Reinstatement"** or **"to reinstate"** means to re-enroll for this Policy's coverage, without satisfying a new Waiting Period or providing Evidence of Insurability.  Reinstatement is available upon:

(1)   return from an approved Family or Medical Leave within:
    (a)   the 12-week period required by federal law; or
    (b)   any longer period required by a similar state law;
(2)   return from a Military Leave within the period required by federal USERRA law;
(3)   return from any other approved leave of absence within six months after the leave begins;
(4)   return within 12 months following a lay off; or
(5)   return within 12 months following termination of employment for any other reason.

To reinstate coverage, the Insured Person must apply for coverage or be re-enrolled within 31 days after resuming Active Work in an Eligible Class.  The reinstated amount of insurance may not exceed the amount that terminated. Reinstatement will take effect on the date the Insured Person returns to Active Work.

## INDIVIDUAL TERMINATIONS

**TERMINATION OF COVERAGE.** An Insured Person's coverage will terminate at 12:00 midnight on the earliest of:

(1) the date this Policy terminates or the Employer's participation terminates (but without prejudice to any claim incurred prior to termination);

(2) the date the Insured Person's Class is no longer eligible for insurance;

(3) the date the Insured Person ceases to be a member of an Eligible Class;

(4) the last day of the Insurance Month in which the Insured Person requests termination;

(5) the last day of the last Insurance Month for which premium payment is made on the Insured Person's behalf;

(6) the end of the period for which the last required premium has been paid;

(7) with respect to any particular insurance benefit, the date the portion of this Policy providing that benefit terminates;

(8) the date the Insured Person's employment with the Group Policyholder or Participating Employer terminates (unless coverage is continued as provided below); or

(9) the date the Insured Person enters the armed services of any state or country on active duty, except for duty of 30 days or less for training in the Reserves or National Guard. (If the Insured Person sends proof of military service, the Company will refund any unearned premium).

**CONTINUATION RIGHTS.** Ceasing Active Work results in termination of the Insured Person's eligibility for coverage, but coverage may be continued as follows.

**Disability.** If the Insured Person is absent due to Total Disability or engaged in Partial Disability Employment, coverage may be continued:

(1) until the Day Benefits Begin; and

(2) during the period for which benefits are payable.

The Company must receive the required premium from the Employer.

**Family or Medical Leave.** If an Insured Person goes on an approved Family or Medical Leave and is **not** entitled to the more favorable continuation available during Disability, coverage may be continued until the earliest of:

(1) the end of the leave period approved by the Employer;

(2) the end of the leave period required by federal law, or any more favorable period required by a similar state law;

(3) the date the Insured Person notifies the Employer that he or she will not return; or

(4) the date the Insured Person begins employment with another employer.

The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Military Leave.** If an Insured Person goes on a Military Leave, coverage may be continued for the same period allowed for an approved Family or Medical Leave. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Lay Off or Other Leave.** When an Insured Person ceases work due to a temporary lay off, or due to an approved leave of absence (other than an approved Family or Medical Leave or a Military Leave); coverage may be continued for three Insurance Months after the lay off or leave begins. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Conditions.** In administering the above continuations, the Employer must not act so as to discriminate unfairly among Insured Persons in similar situations. Insurance may **not** be continued when an Insured Person ceases Active Work due to a labor dispute, strike, work slowdown or lockout.

**INDIVIDUAL TERMINATION DURING DISABILITY.** Termination of an Insured Person's coverage during a Disability will have no effect on benefits payable for that period of Disability.

GL1101-5-STD

01/01/15

## PREMIUMS AND PREMIUM RATES

**PAYMENT OF PREMIUMS.** No coverage provided by this Policy will be in effect until the first premium for such coverage is paid. For coverage to remain in effect, each subsequent premium must be paid on or before its due date. The Group Policyholder is responsible for paying all premiums as they become due. Premiums are payable on or before their due dates at the Company's Group Insurance Service Office. The premium must be paid in U.S. dollars.

**PREMIUM RATE CHANGE.** The Company may change any premium rate on any of the following dates:
(1)   the date this Policy's terms are changed;
(2)   the date the Company's liability is changed due to a change in federal, state or local law;
(3)   the date the Company's liability is changed because the Group Policyholder (or any covered division, subsidiary or affiliated company):
   (a)   relocates, dissolves or merges, or is added to or removed from this Policy; or
   (b)   ceases to be covered by the state Worker's compensation program or any other program of like intent; or
   (c)   ceases to provide or reduces Sick Leave or Salary Continuance Plan benefits;
(4)   the date any coverage for one or more classes ceases to be provided under this Policy;
(5)   the date the number of Insured Persons changes by 25% or more from the enrollment on the date this Policy took effect, or the most recent Rate Guarantee Date expired, if later; or
(6)   on any premium due date on or after this Policy's first anniversary, or any later rate guarantee date agreed upon by the Company.

Unless the Company and the Group Policyholder agree otherwise, the Company will give at least 31 days' advance written notice of any increase in premium rates.

**PREMIUM AMOUNT.** The amount of premium due on each due date will be the sum of the products obtained by multiplying each rate shown in the Premium Rate Schedule by the amount of insurance to which the rate applies.

Premium adjustments will not be pro-rated daily. Instead, premium will be adjusted as follows.
(1)   When an Insured Person's insurance or increase takes effect, premium will be charged from the monthly due date coinciding with or next following that change.
(2)   When all or part of an Insured Person's insurance terminates, the applicable premium will cease on the monthly due date coinciding with or next following that termination.
(3)   When premiums are paid other than monthly, increases or decreases will result in adjustment from the premium due date coinciding with or next following that change.

The above manner of charging premium is for accounting purposes only. It will not extend coverage beyond a date it would have otherwise terminated. Each premium payment will include any adjustments in past premiums, which are needed due to changes that have not yet been taken into account. If a premium adjustment involves a return of unearned premium, the refund will be limited to the prior 12-month period.

## PREMIUM RATE SCHEDULE

Monthly Weekly Disability Income Rate            $.485   per $10 of weekly benefit

The above rate or rates are guaranteed until January 1, 2017, unless an exception listed in the Premium Rate Change section applies. After that, any premium rate change will be as shown in the renewal letter. The Company will send the Group Policyholder a renewal letter prior to each Policy Anniversary.

GL1101-6-STD

01/01/15

## GRACE PERIOD

A grace period of 31 days from the due date will be allowed for the payment of each premium after the first. This Policy will remain in effect during the grace period; unless the Group Policyholder gives the Company advance written notice of termination. The Group Policyholder will remain liable for payment of a pro rata premium for the time this Policy remained in force during the grace period.

## POLICY TERMINATION

TERMINATION BY THE COMPANY.   To terminate this Policy, the Company must give the Group Policyholder at least 31 days' advance written notice of its intent to do so.   The Company may terminate this Policy coverage on the due date of any premium; if:

(1)   the total number of Insured Persons is less than ten;
(2)   all of the premium is paid by the Group Policyholder and less than 100% of those eligible for coverage are insured;
(3)   part of the premium is paid by Insured Persons and less than 75% of those eligible for coverage are insured;
(4)   the Group Policyholder, without good cause, fails to:
    (a)   promptly furnish any information the Company reasonably requires; or
    (b)   perform its duties pertaining to this Policy in good faith;
(5)   the Company terminates all other policies where permitted by their terms, which provide life insurance or weekly disability income insurance in the same state in which this Policy was issued; or
(6)   state law otherwise requires this Policy to be terminated.

TERMINATION BY GROUP POLICYHOLDER.  The Group Policyholder may terminate this Policy at any time, by giving the Company advance written notice.  Coverage will then terminate:

(1)   on the date the Company receives the notice; or
(2)   any later date the Group Policyholder and the Company have agreed upon.

The Group Policyholder remains responsible for the payment of premiums to the date of termination.

AUTOMATIC TERMINATION.  If any premium remains unpaid at the end of the Grace Period; then this Policy will automatically terminate, without any action on the Company's part, on the last day of the Grace Period. The Group Policyholder remains responsible for the payment of premiums to the date of termination.

EFFECT ON INCURRED CLAIMS.  Termination of this Policy will not affect benefits otherwise payable for a claim incurred while this Policy is in force.

## CLAIMS PROCEDURES
## FOR WEEKLY DISABILITY INCOME BENEFITS

**NOTICE AND PROOF OF CLAIM -- Notice of Claim.**  Written notice of a Disability claim must be given:
  (1)   within 20 days after the Injury or Sickness causing Disability begins; or
  (2)   as soon as reasonably possible after that.*
The notice must be sent to the Company's Group Insurance Service Office.  It should include the Insured Person's name and address and the number of this Policy.

**Claim Forms.**  When notice of claim is received, the Company will send claim forms for filing the required proof.  If the Company does not send the forms within 15 days, the Insured Person may send the Company written proof of Disability in a letter.  It should state the date the Disability began, its cause and degree.  The Company will periodically send the Insured Person additional claim forms.

**Proof of Claim.**  The Company must be given written proof of a Disability claim:
  (1)   within 90 days after the Day Benefits Begin; or
  (2)   as soon as reasonably possible after that.*

Proof of claim must be provided at the Insured Person's own expense.  It must show the date the Disability began, its cause and degree.  Documentation must include the following:
  (1)   completed statements by the Insured Person and the Employer;
  (2)   a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of the Insured Person's Regular Occupation;
  (3)   proof of any other income received, and of any other benefits available from other income sources, which may affect Policy benefits;
  (4)   a signed authorization for the Company to obtain more information; and
  (5)   any other items the Company may reasonably require in support of the claim.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company.  This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

**\*Exception:**  Failure to give notice or furnish proof of claim within the required time period will not invalidate or reduce the claim, if it is shown that it was done:
  (1)   as soon as reasonably possible; and
  (2)   in no event more than one year after it was required.
These time limits will not apply while the Insured Person lacks legal capacity.

**EXAMINATION.**  The Company may have the Insured Person examined:
  (1)   by a Physician, specialist or vocational rehabilitation expert of the Company's choice;
  (2)   as often as reasonably required while a claim or appeal is pending.

Any such exam will be at the Company's expense.

The Company may determine that (in its opinion) the Insured Person has:
  (1)   failed to cooperate with an examiner;
  (2)   failed to take an exam scheduled by the Company; or
  (3)   postponed such an exam more than twice.
In that event, benefits may be denied or suspended, until the required exam is completed.

GL1101-13-STD PA

01/01/15

# CLAIMS PROCEDURES
## (Continued)

**TIME OF PAYMENT OF CLAIMS.**  Weekly Disability Income Benefits payable under this Policy will be paid immediately after the Company receives complete proof of claim and confirms liability.  Such benefits will be paid biweekly, during any period for which the Company is liable.  If benefits are due for less than a week, they will be paid on a pro rata basis.  The daily rate will equal 1/7 of the Weekly Benefit. Any balance, which remains unpaid at the end of the period of liability, will be paid immediately after the Company receives complete proof of claim and confirms liability.

**TO WHOM PAYABLE**.  All Weekly Disability Income Benefits are payable to the Insured Person, while living.  After the Insured Person's death, such benefits will be payable to his or her estate.

**NOTICE OF CLAIM DECISION**.  The Company will send the Insured Person a written notice of its claim decision.  If the Company denies any part of the claim, the written notice will explain:
(1)   the reason for the denial, under the terms of this Policy and any internal guidelines;
(2)   how the Insured Person may request a review of the Company's decision; and
(3)   whether more information is needed to support the claim.
This notice will be sent within 15 days after the Company resolves the claim.  It will be sent within 45 days after the Company receives the first proof of claim, if reasonably possible.

**Delay Notice**.  The Company may need more than 15 days to process the claim, due to matters beyond its control.  If so, an extension will be permitted.  In that event, the Company will send the Insured Person a written delay notice:
(1)   by the 15th day after receiving the first proof of claim; and
(2)   every 30 days after that, until the claim is resolved.

The notice will explain:
(1)   what additional information is needed to determine liability; and
(2)   when a decision can be expected.
If the Insured Person does not receive a written decision by the 105th day after the Company receives the first proof of claim, there is a right to an immediate review, as if the claim was denied.

**Exception:**  The Company may need more information from the Insured Person to process a claim.  If so, it must be supplied within 45 days after the Company requests it.  The resulting delay will not count towards the above time limits for claim processing.

**REVIEW PROCEDURE**.  Within 180 days after receiving a denial notice, the Insured Person may request a claim review by sending the Company:
(1)   a written request; and
(2)   any written comments or other items to support the claim.
He or she may review certain non-privileged information relating to the request for review.

**Notice of Decision.**  The Company will review the claim and send the Insured Person a written notice of its decision.  The notice will state the reasons for the Company's decision, under the terms of this Policy and any internal guidelines.  If the Company upholds the denial of all or part of the claim, the notice will also describe:
(1)   any further appeal procedures available under this Policy;
(2)   the right to access relevant claim information; and
(3)   the right to request a state insurance department review, or to bring legal action.
This notice will be sent within 45 days after the Company receives the request for review, or within 90 days if a special case requires more time.

## CLAIMS PROCEDURES
### (Continued)

**Delay Notice.** If the Company needs more than 45 days to process an appeal, in a special case:
(1)  an extension of up to 45 more days will be permitted; and
(2)  the Company will send the Insured Person a written delay notice, by the 30th day after receiving the request for review.

The notice will explain:
(1)  the special circumstances which require the delay;
(2)  whether more information is needed to review the claim; and
(3)  when a decision can be expected.

**Exception:** The Company may need more information from the Insured Person to process an appeal. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for appeal processing.

**Claims Subject to ERISA** (Employee Retirement Income Security Act of 1974**).** Before bringing a civil legal action under the federal labor law known as ERISA, an employee benefit plan participant or beneficiary must exhaust available administrative remedies. Under this Policy, the plan participant or beneficiary must first seek two administrative reviews of the adverse claim decision, in accord with this section. After the required reviews:
(1)  an ERISA plan participant or beneficiary may bring legal action under Section 502(a) of ERISA; and
(2)  the Company will waive any right to assert that he or she failed to exhaust administrative remedies.

**RIGHT OF RECOVERY.** If benefits have been overpaid on any claim, the Company has the right to recover the excess, from one or more of:
(1)  the Insured Person, or his or her estate;
(2)  the Beneficiary, or his or her estate; or
(3)  an insurance company or other organization which has been overpaid.

**LEGAL ACTIONS.** No legal action to recover any benefits may be brought until 60 days after the required written proof of claim has been given. No such legal action may be brought more than three years after the date written proof of claim is required.

**COMPANY'S DISCRETIONARY AUTHORITY.** Except for the functions that this Policy clearly reserves to the Group Policyholder or Employer, the Company has the authority to manage this Policy, interpret its provisions, administer claims and resolve questions arising under it. The Company's authority includes (but is not limited to) the right to:
(1)  establish administrative procedures, determine eligibility and resolve claims questions;
(2)  determine what information the Company reasonably requires to make such decisions; and
(3)  resolve all matters when an internal claim review is requested.
Any decision the Company makes in the exercise of its authority shall be conclusive and binding; subject to the Insured Person's rights to request a state insurance department review or to bring legal action.
This provision does not apply to residents of California.

## WEEKLY DISABILITY INCOME INSURANCE

**TOTAL DISABILITY BENEFIT**. The Company will pay a Weekly Total Disability Benefit for each week the Total Disability continues, if the Insured Person:
(1) becomes Totally Disabled while insured for this benefit;
(2) is under the Regular Care of a Physician; and
(3) at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

**Duration.** Benefits start on the Day Benefits Begin, and end on the earliest of:
(1) the date the Insured Person ceases to be Totally Disabled or dies;
(2) the date the Maximum Benefit Period ends; or
(3) the date the Insured Person is able, but chooses not to engage in Partial Disability Employment in his or her Own Occupation.

Proportional benefits will be paid for a partial week of Total Disability.

At the Company's option, benefits may also be denied or suspended on any of the following dates:
(1) the date the Insured Person (without good cause):
    (a) fails to take a required medical exam;
    (b) fails to cooperate with an examiner; or
    (c) postpones a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of the Insured Person's application for any Other Income Benefits to which he or she may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Total Disability Benefit equals the lesser of:
(1) the Insured Person's Basic Weekly Earnings multiplied by the Benefit Percentage; minus Other Income Benefits except any pay received under the Employer's Sick Leave or Salary Continuance Plan;
(2) 100% of the Insured Person's Basic Weekly Earnings; minus Other Income Benefits including any pay received under the Employer's Sick Leave or Salary Continuance Plan; or
(3) the Maximum Weekly Benefit.
In no event will the amount of the Weekly Total Disability Benefit plus any pay received under the Employer's Sick Leave or Salary Continuance Plan exceed 100% of the Insured Person's Basic Weekly Earnings.

The amount of the Weekly Total Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of the Insured Person's Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

**PARTIAL/RESIDUAL DISABILITY BENEFIT**. The Company will pay a Weekly Partial/Residual Disability Benefit, if the Insured Person:
(1) becomes Partially/Residually Disabled while insured for this benefit;
(2) is engaged in Partial/Residual Disability Employment;
(3) is earning at least 20% of Basic Weekly Earnings when Partial/Residual Disability Employment begins;
(4) is under the Regular Care of a Physician; and
(5) at his or her own expense, submits proof of continued Partial/Residual Disability, Physician's care and reduced earnings to the Company upon request.

The Insured Person is not required to be Totally Disabled prior to receiving Weekly Partial/Residual Disability Benefits. The Day Benefits Begin may be reached by days of Total Disability, Partial/Residual Disability, or any combination of these. Proportional benefits will be paid for a partial week of Partial/Residual Disability.

GL1101-15-STD 10 PA

Residual, 100%BkDrSickPay
01/01/15

## WEEKLY DISABILITY INCOME INSURANCE
### (Continued)

**Duration.**  Benefits start on the Day Benefits Begin, and will cease on the earliest of:
 (1)  the date the Insured Person ceases to be Partially/Residually Disabled or dies;
 (2)  the date the Maximum Benefit Period ends;
 (3)  the date the Insured Person earns more than 99% of Basic Weekly Earnings; or
 (4)  the date the Insured Person is able, but chooses not to work Full-Time or part-time in his or her Own Occupation.

At the Company's option, benefits may also be denied or suspended on any of the following dates:
 (1)  the date the Insured Person (without good cause):
   (a)  fails to take a required medical exam;
   (b)  fails to cooperate with an examiner; or
   (c)  postpones a required exam more than twice;
 (2)  the 45th day after the Company requests additional proof, if not given; or
 (3)  the 45th day after the Company requests proof of the Insured Person's application for Other Income Benefits to which he or she may be entitled (and which affect Policy benefits); if not given.

**Amount.**  The amount of the Weekly Partial/Residual Disability Benefit equals the lesser of A or B below:
 (A)  (1)  The Insured Person's Basic Weekly Earnings multiplied by the Benefit Percentage (limited to the Maximum Weekly Benefit); minus
   (2)  Other Income Benefits, except for earnings the Insured Person receives from Partial/Residual Disability Employment; or
 (B)  The Insured Person's Basic Weekly Earnings minus Other Income Benefits.

The amount of the Weekly Partial/Residual Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of the Insured Person's Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

## WEEKLY DISABILITY INCOME INSURANCE
### (Continued)

**OTHER INCOME BENEFITS** means Earnings, benefits, awards, or settlements from the following sources. These amounts will be offset, in determining the Insured Person's Weekly Benefit. Except for Retirement Benefits and Earnings, these amounts must result from the same Disability for which a Weekly Benefit is payable under this Policy.

**Compulsory Benefits.** Any disability income benefits the Insured Person is eligible to receive under:
(1) state temporary disability income benefit laws;
(2) state no fault auto insurance laws; or
(3) any other compulsory benefit act or law (except Workers' Compensation and laws of like intent).

**Other Insurance Plans.** Any disability income benefits for which the Insured Person is eligible under any no fault auto plan.

**Employee Benefit Plans.** Any disability income benefits for which the Insured Person is eligible under the Employer's Sick Leave or Salary Continuance Plan. This does **not** include vacation pay, severance pay, or pay for work actually performed during a Disability.

**Employer's Retirement Plan.** Any Disability Benefits or Retirement Benefits the Insured Person receives under the Employer's Retirement Plan.

**Social Security and other Government Retirement Plans.** The following Social Security or other Government Retirement Plan benefits will be offset:
(1) **disability benefits** for which the Insured Person and any spouse or child is eligible, because of the Insured Person's Disability;
(2) **unreduced retirement benefits** for which the Insured Person and any spouse or child is eligible, because of the Insured Person's eligibility for unreduced retirement benefits; or
(3) **reduced retirement benefits** actually received by the Insured Person and any spouse or child, because of the Insured Person's receipt of reduced retirement benefits.

As used above, "**Government Retirement Plans**" include disability and retirement benefits under:
(1) the federal Social Security Act, Jones Act or Railroad Retirement Act;
(2) the Canada Pension Plan or Quebec Pension Plan;
(3) any similar plan or act of any country, state, province or other political unit; or
(4) any plan provided in place of one of the above plans.

**"Earnings"**, as used in this provision, means pay the Insured Person earns or receives from any occupation or form of employment, as reported for federal income tax purposes. Earnings include (but are not limited to) a:
(1) salaried or hourly Employee's gross earnings (shown on Form W-2); including:
   (a) wages, tips, commissions, bonuses and overtime pay; and
   (b) any pre-tax contributions to a Section 125 Plan, flexible spending account, or qualified deferred compensation plan;
(2) proprietor's net profit (figured from Form 1040, Schedule C);
(3) professional corporation shareholder's net profit (figured from Form 1040, Schedule C);
(4) partner's net earnings from self-employment (shown on Schedule K-1) and any W-2 earnings; and
(5) Subchapter S Corporation shareholder's net earnings from trade or business activities (shown on Schedule K-1).

**Recovery from Third Party.** Any amount the Insured Person recovers from a third party as a result of the Disability (whether by judgment, settlement or otherwise). The offset:
(1) will be reduced by attorney fees and other reasonable costs of recovery; and
(2) will not exceed 100% of the net settlement.

GL1101-16-INT 10 PA

Integrated No Pre-Ex
01/01/15

## WEEKLY DISABILITY INCOME INSURANCE
### (Continued)

**Exceptions.**  The following will **not** be considered Other Income Benefits, and will not be offset in determining the Weekly Benefit:

(1) a cost-of-living increase in any Other Income Benefit (except Earnings); if it takes effect after the first offset for that benefit during a period of Disability;

(2) reimbursement for hospital, medical or surgical expense;

(3) reimbursement for attorney fees or other reasonable costs of claiming Other Income Benefits;

(4) group credit or mortgage disability insurance;

(5) early retirement benefits that are not elected or received under the federal Social Security Act or other Government Retirement Plan;

(6) any amounts under the Employer's Retirement Plan that:
  (a) represent the Insured Person's contributions; or
  (b) are received upon termination of employment without being disabled or retired;

(7) benefits from a 401(k), profit-sharing or thrift plan; an individual retirement account (IRA); a tax sheltered annuity (TSA); a stock ownership plan; or a non-qualified plan of deferred compensation;

(8) vacation pay, holiday pay, or severance pay; or

(9) disability income benefits under any individual policy, association group plan, franchise plan, or auto liability insurance policy (except no fault auto insurance).

**RULES CONCERNING OTHER INCOME BENEFITS.**  If the Insured Person may be entitled to Other Income Benefits that affect Policy benefits, he or she is required to actively claim them.  For example, if Social Security or other Government Retirement Plan benefits may be payable, the Insured Person:

(1) must promptly apply for such benefits; and, if denied

(2) must file an appeal or request an administrative hearing, upon Company request.

If the Insured Person fails to promptly pursue such benefits, the Company has the option to deny or suspend Weekly Benefits or to reduce them by an estimated amount.

If Workers' Compensation or similar benefits may be payable for the same Disability, the Insured Person and Employer are required to cooperate in filing for those benefits.  The Company will require proof of the denial or duration of those benefits to confirm its liability under this Policy.

**Refunding Overpayments.**  Upon receiving Other Income Benefits, the Insured Person must refund any resulting overpayment of Weekly Benefits under this Policy.  If he or she does not promptly refund an overpayment to the Company within 60 days, in a lump sum, then:

(1) the Company will reduce or eliminate future payments; and

(2) the Minimum Weekly Benefit will not apply, until the amount is repaid.

**Cost of Living Freeze.**  After the first deduction for each of the Other Income Benefits (except Earnings), its amount will be frozen.  The Weekly Benefit will not be further reduced due to any cost-of-living increases payable under these Other Income Benefits.

**RECURRENT DISABILITY.  "Recurrent Disability"** means a Disability caused by an Injury or Sickness which is the same as, or related to, the cause of a prior Disability for which Weekly Benefits were payable.

(1) A Recurrent Disability will be treated as a new period of Disability, if the Insured Person:
  (a) has returned to his or her Own Occupation; and
  (b) has worked on a full-time basis, for two consecutive weeks or more.
  A new Day Benefits Begin and new Maximum Benefit Period will apply.

(2) A Recurrent Disability will be treated as part of the prior Disability, if the Insured Person:
  (a) has returned to his or her Own Occupation; and
  (b) has worked on a full-time basis, for less than two consecutive weeks.
  The same Day Benefits Begin and same Maximum Benefit Period will apply to the Recurrent Disability as to the prior Disability.

## WEEKLY DISABILITY INCOME INSURANCE
### (Continued)

To qualify for a Weekly Benefit for a Recurrent Disability, the Insured Person must earn less than the percentage of Predisability Income specified in the Partial Disability Benefit section. Benefit payments will be subject to all other terms of this Policy that applied to the prior Disability.

This Recurrent Disability provision will cease to apply to an Insured Person who becomes eligible for coverage under any other group short-term disability policy.

**EXCLUSIONS.**  Weekly Benefits will not be payable for any period of Disability:
- (1)   which is the result of an intentionally self-inflicted Injury or suicide attempt;
- (2)   during which the Insured Person is not under the Regular Care of a Physician;
- (3)   which is the result of war (declared or undeclared) or any act of war; or
- (4)   which is the result of a Sickness or Injury for which the Insured Person receives benefits under Workers' Compensation, occupational disease law or other law of like intent.

## VOCATIONAL REHABILITATION BENEFIT

**BENEFIT.** If an Insured Person is Disabled and is receiving Weekly Benefits under this Policy, he or she may be eligible for a Vocational Rehabilitation Benefit. This benefit consists of services which may include:
(1)  vocational evaluation, counseling, training or job placement;
(2)  job modification or special equipment; and
(3)  other services which the Company deems reasonably necessary to help the Insured Person return to work.
The Company will determine the Insured Person's eligibility and the amount of any benefit payable.

**ELIGIBILITY.** An Insured Person may be eligible for the Vocational Rehabilitation Benefit if the Company finds that he or she:
(1)  has a Disability that prevents the performance of the Main Duties of his or her Own Occupation;
(2)  has the physical and mental abilities needed to complete a Rehabilitation Program; and
(3)  is reasonably expected to return to work after completing the Rehabilitation Program; in view of his or her degree of motivation and the labor force demand for workers in the proposed occupation.
The Company must also find that the cost of the proposed services is less than its expected claim liability.

**AMOUNT.** The amount of any Vocational Rehabilitation Benefit will not exceed the Company's expected claims liability. This benefit will not be payable for services covered under the Insured Person's health care plan or any other vocational rehabilitation program. Payment may be made to the provider of the services, at the Company's option.

**CONDITIONS.** The Company, the Insured Person, or his or her Physician may first propose vocational rehabilitation. When a Rehabilitation Program is approved by the Company, this Policy's definition of "Disability" will be waived during the rehabilitation period; however, it will be reapplied after the Rehabilitation Program ends. The Company will determine the amount and duration of any Weekly Disability benefits payable after the Rehabilitation Program ends.

**DEFINITION.**

**"Rehabilitation Program"** means a written vocational rehabilitation program:
(1)  which the Company develops with input from:
(a)  the Insured Person;
(b)  the Insured Person's Physician; and
(c)  any current or prospective employer, when appropriate; and
(2)  which describes the Program's goals; each party's responsibilities; and the times, dates and costs of the rehabilitation services.

**OTHER PROVISIONS.** Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of this Policy.

## REHABILITATION INCENTIVE BENEFIT

**BENEFIT.**  The Company will pay a Rehabilitation Incentive Benefit to an Insured Person who is Totally or Partially Disabled and who actively participates in a Rehabilitation Program approved by the Company.

This benefit is included in the premium rate for the Policy.  You will not be charged any additional premium for this benefit.

**AMOUNT.**  The amount of the Rehabilitation Incentive Benefit is shown in the Schedule of Insurance.

The Rehabilitation Incentive Benefit is paid in addition to any other Policy benefits, and is not subject to Policy provisions that would otherwise reduce the benefit amount, such as the Other Income Benefits provision.

**DURATION.**  The Rehabilitation Incentive Benefit starts on the latest of:
  (1)   the date the Insured Person begins to participate in an approved Rehabilitation Program; or
  (2)   the date the Company approves the Insured Person's Rehabilitation Program.

The Rehabilitation Incentive Benefit will cease on the earliest of:
  (1)   the date the Weekly Total or Partial Disability Benefits would otherwise cease under this Policy; or
  (2)   the date the Insured Person ceases participation in an approved Rehabilitation Program.

**DEFINITION.**

**"Rehabilitation Program"** means a written vocational rehabilitation program:
  (1)   which the Company develops with input from:
        (a)   the Insured Person;
        (b)   the Insured Person's Physician; and
        (c)   any current or prospective employer, when appropriate; and
  (2)   which describes the Program's goals; each party's responsibilities; and the times, dates and costs of the rehabilitation services.

**PROOF.**  Written proof of active participation in a Rehabilitation Program must be given:
  (1)   within 90 days after the Day Benefits Begin; or
  (2)   as soon as reasonably possible after that.
Proof of active participation must be provided at the Insured Person's own expense.  The proof must be sent to the Company's Group Insurance Service Office.  It should include the Insured Person's name and address and the number of this Policy.

**Exception:**  Failure to furnish proof of active participation in a Rehabilitation Program within the required time period will not invalidate the benefit, if it is shown that it was done:
  (1)   as soon as reasonably possible; and
  (2)   in no event more than one year after it was required.
These time limits will not apply while the Insured Person lacks legal capacity.

**OTHER PROVISIONS.**  Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of this Policy.

## FAMILY INCOME BENEFIT

**BENEFIT.**  The Company will pay a benefit to the Eligible Survivor(s) when satisfactory written proof is received that an Insured Person died:
   (1)   after Disability had continued for at least 14 consecutive days; and
   (2)   while receiving a Weekly Benefit.

If payment becomes due to the Insured Person's surviving children; then payment will be made to:
   (1)   the children in equal shares, or to their legal or court-appointed guardian, if any; or
   (2)   the Insured Person's estate on the children's behalf.

This payment will be valid and effective against all claims by others representing, or claiming to represent, the Insured Person's children.

If there are no Eligible Survivors, payment will be made to the Insured Person's estate.

**AMOUNT.**  The Family Income Benefit is shown in the Schedule of Insurance.  Reductions for Other Income Benefits will not apply.

If any state disability plan compulsory death benefits become payable upon the Insured Person's death, then any Family Income Benefit amount payable will be reduced by such compulsory death benefits.

**DEFINITION.**

**"Eligible Survivor(s)"** means the Insured Person's:
   (1)   surviving spouse; or, if none,
   (2)   surviving children who are under age 25 on the Insured Person's date of death.

**OTHER PROVISIONS.**  Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of this Policy.

GL1101-34-STD PA

01/01/15

### SUMMARY OF THE LIFE AND HEALTH INSURANCE
### GUARANTY ASSOCIATION ACT
### AND
### NOTICE CONCERNING LIMITATIONS AND EXCLUSIONS
### INTRODUCTION

Residents of Pennsylvania who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Pennsylvania Life and Health Insurance Guaranty Association (PLHIGA). The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in Pennsylvania and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Association is limited, however. As noted below, this protection is not a substitute for consumers' care in selecting companies that are well managed and financially stable. Insurance companies and their agents are prohibited by law from using the existence of the association to induce you to purchase any kind of insurance policy.

#### This Information is Provided By:

Pennsylvania Life and Health Insurance Guaranty Association
290 King of Prussia Road
Radnor Station Building 2, Suite 218
Radnor, PA 19087
(610) 975-0572

#### SUMMARY

The state law that provides for this safety-net coverage is called the Pennsylvania Life and Health Insurance Guaranty Association Act. Below is a brief summary of the law's coverages, exclusions and limits. This summary does not cover all provisions of the law; not does it in any way change anyone's rights or obligations under the act or the rights or obligations of the Association.

**_Coverage._** Generally, individuals will be protected by the Pennsylvania Life and Health Insurance Guaranty Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they hold certificates under a group life or health insurance contract or annuity, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

GAN-GRP-PA NOTICE-P/C

12
01/01/15

***Exclusions From Coverage.***  Persons holding such policies or contracts are not protected by this Association if:

- they are not residents of the State of Pennsylvania, except under certain very specific circumstances;
- the insurer was not authorized or licensed to do business in Pennsylvania at the time the policy or contract was issued;
- their policy was issued by a nonprofit hospital or health service corporation (e.g., a blue cross or blue shield plan), an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The Association also does not provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk;
- any policy of reinsurance (unless an assumption certificate was issued);
- plans of employers, associations or similar entities to the extent they are self-funded or uninsured (that is, not insured by an insurance company, even if an insurance company administers them);
- interest rate yields that exceed an average rate;
- dividends;
- experience rating credits;
- credits given in connection with the administration of a policy or contract;
- annuity contracts or group annuity certificates used by nonprofit insurance companies to provide retirement benefits for nonprofit educational institutions and their employees;
- policies, contracts, certificates or subscriber agreements issued by a prepaid dental care plan;
- sickness and accident insurance when written by a property and casualty insurer as part of an automobile insurance contract;
- unallocated annuity contracts issued to an employee benefit plan protected under the federal Pension Benefit Guaranty Corporation;
- financial guarantees, funding agreements or guaranteed investment contracts not containing mortality guarantees and not issued to or in connection with a specific employee benefit plan or governmental lottery;
- any kind of insurance or annuity, the benefits of which are exclusively payable or determined by a separate account required by the terms of such insurance policy or annuity maintained by the insurer or by a separate entity.

**Limits On Amount of Coverage.**  The act also limits the amount the Association is obligated to pay out.  The Association cannot pay more than what the insurance company would owe under a policy or contract.  Also, for any one insured life, the Association will pay a maximum of $300,000 – no matter how many policies and contracts there were with the same company, even if they provided different types of coverages.  Subject to the over-all $300,000 limit, the Association will pay up to $300,000 in life insurance death benefits, but not more that $100,000 in net cash surrender or withdrawal values.  For annuities, the Association will pay up to $300,000 in annuity benefits, or $100,000 in net cash surrender or withdrawal benefits.  For health insurance, the Association will pay up to $300,000, including any net cash surrender or withdrawal benefits.

**AMENDMENT TO BE ATTACHED TO AND MADE PART OF GROUP POLICY NO: 000010199694**

**ISSUED TO: Fry Publications, Inc.**

**The Policy is amended by the addition of the following provisions.**

### PRIOR INSURANCE CREDIT UPON TRANSFER OF DISABILITY INCOME INSURANCE CARRIERS

This provision prevents loss of disability income coverage for an Insured Person, which could otherwise occur solely because of a transfer of insurance carriers. This Policy will provide the following Prior Insurance Credit, when it replaces a prior plan.

**"Prior Plan"** means a prior carrier's group disability income policy, which this Policy replaced within 1 day of the prior plan's termination date.

FAILURE TO SATISFY ACTIVE WORK RULE.  Subject to premium payments, this Policy will provide disability income coverage to a Person who:
  (1)   was insured by the prior plan on its termination date; and
  (2)   was otherwise eligible under this Policy; but was not Actively-At-Work due to Injury or Sickness on its Effective Date.

AMOUNT OF COVERAGE.  Until the Person satisfies this Policy's Active Work rule, his or her disability income coverage will not exceed that provided by the prior plan, had it remained in force.  The Company will pay:
  (1)   the benefit the prior plan would have paid; minus
  (2)   any amount for which the prior carrier is liable.

**This Amendment takes effect on the effective date of coverage under this Policy.  In all other respects, this Policy remains the same.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

*Chals A. Brantey*
Officer of the Company

EXHIBIT 2

## DISORDERS OF THE SPINE QUESTIONNAIRE

Patient: _Carla Jones_          SSN: _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_

Please answer the following questions concerning you patient's impairments. *Please attach all relevant treatment notes, radiologist reports, laboratory and test results which have not been previously provided to the Social Security Administration.*

1.  Treatment:

    a.   Date of first treatment:          _9/14_

    b.   Date of most recent exam:       _21 June 18_

    c.   Frequency of treatment:          _Q month_

2.  What is your diagnosis of your patient's back problems?

    _Spinal stenosis_

3.  Prognosis:

    _Poor_

4.  Describe any motor loss and the radicular distribution of that motor loss:

    _Neurogenic claudication_

5.  What is the patient's limitation of motion of the spine?

    _↓ Flexion_

6.  Describe any muscle weakness associated with the spinal disorder:

    _No more_

7.  Describe any sensory and reflex loss associated with the spinal disorder:

    _N/A_

8.  Identify the clinical findings and objective signs (including but not limited to diagnostic tests and physical examination):

    _MRI — Stenosis_

9.  List medication (s) prescribed and their side effects if any:

    _____ _____

    _____    _____

10. Identify any devices (besides medications) which your patient uses to help alleviate their
    symptoms:
    _____ Brace for    _____ Cervical    _____ Lumbar

    _____ heating pads    _____ ice

    _____ Other _____

11. Have your patients' impairments lasted or can they be expected to last at least 12 months?
    __✓ Yes ___ No

12. Is your patient a malingerer? ___ Yes __✓ No

13. In your opinion, based on your objective and subjective findings, what is the earliest date that the
    description of *symptoms and limitations* in this questionnaire applies? _____

14. Are your patient's symptoms severe enough to interfere with attention and concentration?
    __✓ Yes ___ No

    If yes, how often? ___ Constantly __✓ Frequently ___ Occasionally

15. As a result of these medical impairments, in your opinion, to a reasonable degree of medical
    certainty, does your patient retain the functional ability to work in a competitive environment, in
    even a sedentary occupation, on a full-time, 8 hours a day, 5 day a week basis?

    _____ Yes    No __✓

    Please explain the basis for your conclusions: _____

    _____

17. Please remark in the following areas:

    a.  How many city blocks can your patient walk without rest? _____
    b.  Please circle how long your patient can continuously sit and stand **before it becomes
        necessary to change positions**:

    1.  Sit
        ( 0-5 Minutes )        5-10 Minutes        10-20 Minutes

|                |               |          |
|----------------|---------------|----------|
| 20-30 Minutes  | 30-45 Minutes | < 1 hour |
| 1-2 Hours      | 3-4 Hours     | 5-6 Hours |
| 6 Hours        | > 6 Hours     |          |

2. Stand

|                |               |             |
|----------------|---------------|-------------|
| (0-5 Minutes)  | 5-10 Minutes  | 10-20 Minutes |
| 20-30 Minutes  | 30-45 Minutes | < 1 hour    |
| 1-2 Hours      | 3-4 Hours     | 5-6 Hours   |
| 6 Hours        | > 6 Hours     |             |

3. Walk

|                |               |             |
|----------------|---------------|-------------|
| (0-5 Minutes)  | 5-10 Minutes  | 10-20 Minutes |
| 20-30 Minutes  | 30-45 Minutes | < 1 hour    |
| 1-2 Hours      | 3-4 Hours     | 5-6 Hours   |
| 6 Hours        | > 6 Hours     |             |

c. How long can your patient sit and stand/walk total in an 8-hour working day (assuming normal breaks approximately ever two hours):

(<1 Hour)   1 hr   2 hrs   3 hrs   4 hrs   5 hrs   6 hrs   > 6 Hours

d. Will your patient sometimes need to take unscheduled breaks during an 8-hour working day? __✓Yes ___ No         If yes,

   1. How **often** do you think this will happen?   ① 5 a.m.
   2. How **long** on average will your patient have to rest before returning to work? _____

e. Will your patient also sometimes need to lie down or rest at unpredictable intervals during an 8-hour working day? __✓Yes ___ No          If yes,

   1. How **often** do you think this will happen?   ① 1 hr.
   2. How **long** on average will your patient have to rest before returning to work? _____

f. Are your patient's impairments likely to produce "good days" and "bad days?" __✓Yes ___ No

   If yes, please estimate on the average, how often your patient is likely to be absent from work as a result of the impairments or treatment:
   ___ Never                ___ Less than once a month        ___ About once a month

   ___ About twice a month      ___About 3 times a month        ___More than 3 times a month

g. While engaging in occasional standing/walking, must your patient use a cane or other assertive devise? ___ Yes ___ No

h. Does your patient have **significant limitations** in doing **repetitive** reaching, handling or fingering? ___ Yes ___ No

4. Lifting and carrying (Check one at each weight level)

| Weight in Pounds | Never | Occasionally | Frequently | Constantly |
|---|---|---|---|---|
| 1-5 | | | | |
| 6-10 | | | | |
| 11-20 | | | | |
| 21-50 | | | | |

16.    Does your patient need a job which permits ready access to a restroom? ___ Yes ___ No

19.    Height and weight: _____

Date  06 21 18                    Signature _____

Name and title: _____ TBD Kosovle, un

Address: _____ 5 77 ac cf   Cr /s Ce

Phone number: _____ 717. 248-9222