IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLA JONES,<br><br>        Plaintiff,<br><br>        v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>        Defendant. | )<br>)  No. 1:20-cv-01766-YK<br>)<br>)  Judge Kane<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Carla Jones and Defendant The Lincoln National Life Insurance Company, by and through their respective counsel, hereby stipulate that all claims in the above-captioned action shall be and hereby are dismissed with prejudice. Each party shall bear her or its own costs, attorney's fees, and expenses of litigation.

Dated:  January 25, 2021

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH
        SMOAK & STEWART, P.C.

        /s/ Steven J. Silver
        Steven J. Silver, PA 316517
        Two Monument Square, Suite 703
        Portland, Maine  04101
        Telephone: 207-387-2957
        Fax:  207-387-2986
        Steven.silver@ogletree.com

        Attorneys for Defendant LINCOLN
        NATIONAL LIFE INSURANCE
        COMPANY

                    LAW OFFICES OF STEPHEN J. HOGG

                    /s/ Stephen J. Hogg
                    Stephen J. Hogg, PA 36812
                    19 S. Hanover Street, Ste. 101
                    Carlisle, PA  17013
                    Telephone: 717-245-2698
                    Fax:  717-245-0829
                    lgilbert@planetcable.net

                    Attorneys for Plaintiff CARLA JONES

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on January 25, 2021.

>Stephen J. Hogg, PA 36812
>LAW OFFICES OF STEPHEN J. HOGG
>19 S. Hanover Street, Ste. 101
>Carlisle, PA  17013
>lgilbert@planetcable.net

/s/ Steven J. Silver
Steven J. Silver